IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH WYMAN, an individual, individually
and on behalf of those similarly situated, LISA
WYMAN, an individual,

    Plaintiffs,

  v.

WELLS FARGO BANK N.A., a business entity,
and DOES 1 through 50, inclusive,

    Defendants.

No. C 18-03236 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting motion to dismiss without leave to amend, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant WELLS FARGO BANK, N.A., and against plaintiffs JOSEPH WYMAN and LISA WYMAN. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 19, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE